UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ENRICO JACKSON, | ) | |
|     Movant, | ) | |
| v. | ) | Case No. CV616-075 |
| | ) |             CR608-012 |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**O R D E R**

Let a copy of this Report and Recommendation be served upon counsel for the parties. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than July 12, 2016. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable Lisa Godbey Wood, Chief Judge, on July 13, 2016. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this  28th  day of June, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA